UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: ) <br> INFORMATION ASSOCIATED WITH ) <br> BRITTISHCW@GMAIL.COM AND ) <br> LUXXTRUCKINGLLC@GMAIL.COM ) <br> THAT IS STORED AT PREMISES ) <br> CONTROLLED BY: ) <br> GOOGLE LLC 1600 AMPHITHEATRE ) <br> PARKWAY MOUNTAIN VIEW, ) <br> CALIFORNIA 94043 ) | No. 4:23 MJ 7103 SPM <br><br> **FILED UNDER SEAL** |

### GOVERNMENT'S MOTION FOR ORDER UNSEALING DOCUMENTS

COMES NOW the United States of America, by and through Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Diane E. Klocke, Special Assistant United States Attorney for said District, and moves the Court for an order directing the Clerk of the District Court, without further notice to the government, to unseal the search warrant along with the application, affidavit, return and other related documents filed in this matter. The warrant has previously been returned.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

*/s/Diane E. Klocke*
DIANE E. KLOCKE #61670MO
Special Assistant United States Attorney

Signed this 6th day of September, 2023.